No. 10–193. SCHELL ET UX. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. ▮

No. 10–195. FORT PECK HOUSING AUTHORITY *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL. C. A. 10th Cir. Certiorari denied. ▮

No. 10–197. BAUER *v.* HOLDER, ATTORNEY GENERAL. C. A. 7th Cir. Certiorari denied. ▮

No. 10–198. DONOVAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 10–201. GRABNER *v.* H&R BLOCK ENTERPRISES, INC., ET AL. C. A. 8th Cir. Certiorari denied. ▮

No. 10–208. ANDREWS *v.* ASSOCIATED ANESTHESIOLOGISTS SERVICES, P. C. Ct. App. D. C. Certiorari denied. ▮

No. 10–210. KOVACEVICH ET VIR *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. ▮

No. 10–215. BLAKENEY *v.* UNITED STATES. Ct. App. D. C. Certiorari denied. ▮

No. 10–217. MARINO *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 8th Cir. Certiorari denied. ▮

No. 10–221. DUFFIE ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 10–225. KNUTSON ET UX. *v.* CITY OF FARGO, NORTH DA-KOTA. C. A. 8th Cir. Certiorari denied. ▮

No. 10–226. STOTTER *v.* UNIVERSITY OF TEXAS AT SAN ANTO-NIO ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 10–228. GODINEZ, AKA TALAVERA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.